IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | Criminal No. *13-30208-DRH* |
| MARY LEE OWENS, ) | |
| ) | Title 18 |
| ) | United States Code, |
| ) | Section 641 |
| Defendant ) | |

## STIPULATION OF FACTS

In connection with the Defendant's plea of guilty, the parties agree to the following facts:

Beginning on or about November 26, 2004, and continuing until on or about April 1, 2013, in St. Clair County, Illinois, within the Southern District of Illinois and elsewhere, **MARY LEE OWENS**, defendant, willfully and knowingly did steal, purloin, and convert to her own use money of the United States, totaling in excess of $1,000.00 in funds administrated by the U.S. Department of Veterans Affairs in the form of pension benefits.

1

_[signature]_
MARY LEE OWENS
Defendant

_[signature]_
ROBERT ELOVITZ
Attorney

Date: 6/24/2014

STEPHEN R. WIGGINTON
United States Attorney

_[signature]_
WILLIAM COONAN
MICHAEL HALLOCK
Assistant United States Attorney's

Date: 6/24/2014

2